MAX FISCHBEIN, APPELLANT, v. REAL ESTATE MANAGE-MENT, INC., ET AL., RESPONDENTS.

Argued October 19, 1944—Decided January 4, 1945.

For the appellant, *David Roskein.*

For the respondents, *Kalisch & Kalisch.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Colie in the Supreme Court.

*For affirmance* — THE CHANCELLOR, PARKER, CASE, DONGES, PERSKIE, PORTER, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 11.

*For reversal*—None.